**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA *ex rel.*
SHAMIKA SIMON,

     Plaintiff,

   v.

TOZY DISCOUNT CORPORATION,
THAUMY ZONGO, and MAHESHA
WOOLRIDGE,

     Defendants.

**24 Civ. 2895 (MMG)**

**FILED UNDER SEAL**

## ~~[PROPOSED]~~ ORDER

1. The complaint filed by the relator shall be unsealed after entry of this Order.

2. All other documents filed in this action prior to the entry of this Order shall remain under seal and not be made public, except for this Order and the letter from the Government to the Court dated February 20, 2026.

3. Upon the unsealing of the complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

4.. This case is stayed pending the trial or other disposition of the criminal case against defendant Thaumy Zongo, captioned *United States v. Zongo*, 26 Cr. 063 (S.D.N.Y.) (LGS).

Dated:    2/24/2026
          New York, New York

SO ORDERED:

_____
HONORABLE MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE